No. 12–185.  MAGA v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 12–186.  JONES v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 12–187.  HATLEY v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 12–189.  LEE v. MICHAEL, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 12–195.  STIERHOFF v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 12–196.  CAREY v. RYAN.  Ct. Sp. App. Md.  Certiorari denied.

No. 12–197.  DONCHAK v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 12–201.  BOYLE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 12–206.  DAILY v. PENNSYLVANIA STATE CIVIL SERVICE COMMISSION (NORTHAMPTON COUNTY AREA AGENCY ON AGING).  Commw. Ct. Pa.  Certiorari denied.

No. 12–217.  GIBERT ET AL. v. UNITED STATES and HUTTO ET AL. v. UNITED STATES (677 F. 3d 629).  C. A. 4th Cir.  Certiorari denied.

No. 12–229.  ROSE v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 12–248.  YOUNG v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 12–5001.  COLVIN v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 12–5002.  RIVERA-SANTANA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–5004.  MENDEZ v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.